ORIGINAL

FF... . . . ..CE
C... .. . ..

NOV 17 2003

... ... .. .. ...

.... ...., Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UPPER CHATTAHOOCHEE RIVERKEEPER          )
FUND, INC., THE UNITED STATES OF         )
AMERICA AND THE STATE OF GEORGIA         )    CIVIL ACTION FILE
                                         )    NOS. 1:95-CV-2550-TWT
          Plaintiffs,                    )    and 1:98-CV-1956-TWT,
                                         )        Consolidated
     vs.                                 )
                                         )
THE CITY OF ATLANTA,                     )
                                         )
          Defendant.                     )

---

MOTION OF THE DEFENDANT CITY OF ATLANTA FOR TERMINATION OF
"SECTION VII. REMEDIAL ACTIONS FOR DEFENDANT'S WASTEWATER
TREATMENT FACILITIES" OF THE FIRST AMENDED CONSENT DECREE

COMES NOW, Defendant City of Atlanta, and files this motion with the Court pursuant to the First Amended Consent Decree, "Section XXIV. Termination Defendant's Wastewater Treatment Facilities," so the Court may terminate the terms and conditions of the First Amended Consent Decree with regard to each Water Reclamation Center (WRC) covered by the First Amended Consent Decree, namely, R.M. Clayton, Utoy Creek, and South River.

1.

The City certified to EPA/EPD in a letter dated June 26, 2003 (Exhibit A), and supplemented that certification in a letter dated October 29, 2003 (Exhibit B), that it has

170

installed and/or implemented the following programs at each WRC:

> (i.)  The Maintenance Management System in accordance with the provisions of VII.A. of the First Amended Consent Decree;
>
> (ii.)  The Operations Program in accordance with the provisions of VII.B. of the First Amended Consent Decree;
>
> (iii.)  The Laboratory Information Management System in accordance with the provisions of VII.C of the First Amended Consent Decree;

2.

The City certified to EPA/EPD in the aforementioned letter that it has maintained substantial compliance with its certified programs, all other terms of this First Amended Consent Decree, the Clean Water Act, the Georgia Water Quality Control Act and its National Pollutant Discharge Elimination System Permit for each WRC for a period of twenty-four (24) months.

2

3.

By the letter to EPA/EPD and the filing of this motion, the City certifies to the Court and all parties its compliance pursuant to subparagraphs XXIV.1. and 2. of the First Amended Consent Decree.

4.

Neither EPA nor EPD has, within forty-five (45) days of receiving such certification from the City, has contested, in writing, that such compliance has been achieved.

5.

I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering such information, the information submitted is, to the best of my knowledge and belief, true, accurate and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

**WHEREFORE,** Defendant, having fulfilled the requirements of Section VII. Remedial Actions For Defendant's Wastewater Treatment Facilities of the First Amended Consent Decree, respectfully requests the Court to terminate this section as allowed under Section XXIV. Termination: Defendant's Wastewater Treatment Facilities.

This  _17th_  day of November, 2003.

Respectfully submitted,

LINDA K. DiSANTIS
City Attorney
Georgia State Bar No. 222666

By:  _Pilar Jan Renz_

Pilar Jan Renz
Assistant City Attorney
Georgia State Bar No.571326
Attorneys for Defendant
City of Atlanta

City of Atlanta Law Department
68 Mitchell Street, S.W.
Suite 4100
Atlanta, Georgia   30335-0332
(404) 330-6400, Fax (404) 658-6894

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UPPER CHATTAHOOCHEE RIVERKEEPER<br>FUND, INC., THE UNITED STATES OF<br>AMERICA AND THE STATE OF GEORGIA<br><br>        Plaintiffs,<br><br><br>   vs.<br><br>THE CITY OF ATLANTA,<br><br>        Defendant. | )<br>)<br>)  CIVIL ACTION FILE<br>)  NOS. 1:95-CV-2550-TWT<br>)  and 1:98-CV-1956-TWT,<br>)     Consolidated<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

This is to certify that this day I have served a copy of the within and foregoing Motion and Certification of Substantial Compliance of Defendant City of Atlanta by placing a copy of same in the United States mail with adequate postage thereon to insure delivery addressed to:

David H. Pope, Esq.
Carr, Tabb, Pope & Freeman, L.L.P.
10 North Parkway Square
4200 Northside Parkway, N.W.
Atlanta, GA 30327

John E. Hennelly, Esq.
Assistant Attorney General
State of Georgia
Suite 4038
40 Capital Square, S.W.
Atlanta, Georgia 30334-1300

William A. Weinischke, Esq.
Senior Attorney
Environmental Enforcement Section
Environment and Natural Resources
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611

William Bush, Esq.
Assistant Regional Counsel
U.S. Environmental Protection Agency
61 Forsyth Street, S.W.
Atlanta, GA 30303

This  17th  day of November, 2003.

Pilar Jan Penn
Assistant City Attorney
Georgia State Bar No. 571326

City of Atlanta Law Department
68 Mitchell Street, S.W.
Suite 4100
Atlanta, Georgia   30303-3250
Telephone:  (404) 330-6400
Facsimile:  (404) 658-6894

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UPPER CHATTAHOOCHEE RIVERKEEPER FUND, INC., THE UNITED STATES OF AMERICA AND THE STATE OF GEORGIA | ) ) ) ) | CIVIL ACTION FILE NOS. 1:95-CV-2550-TWT and 1:98-CV-1956-TWT, Consolidated |

UPPER CHATTAHOOCHEE RIVERKEEPER            )
FUND, INC., THE UNITED STATES OF           )
AMERICA AND THE STATE OF GEORGIA           )    CIVIL ACTION FILE
                                           )    NOS. 1:95-CV-2550-TWT
          Plaintiffs,                      )    and 1:98-CV-1956-TWT,
                                           )       Consolidated
                                           )
     vs.                                   )
                                           )
THE CITY OF ATLANTA,                       )
                                           )
          Defendant.                       )
                                           )
_____          )

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(D)**

In accordance with Local Rule 7.1(D), this certifies that this Motion and Certification of Substantial Compliance of the Defendant City of Atlanta complies with Local Rule 5.1(B). The Certification is printed in Courier New Font, 12 point.

Respectfully submitted,

LINDA K. DiSANTIS
City Attorney
Georgia State Bar No. 222666


Pilar Jan Penn
Assistant City Attorney
Georgia State Bar No. 571326


City of Atlanta Law Department
68 Mitchell Street, S.W.
Suite 4100
Atlanta, Georgia   30303-3250
Telephone:   (404) 330-6400
Facsimile:   (404) 658-6894

06.17.000
01.04



# CITY OF ATLANTA

SHIRLEY FRANKLIN
MAYOR

DEPARTMENT OF WATERSHED
MANAGEMENT

55 TRINITY AVENUE / ATLANTA, GEORGIA 30303
SUITE 5400, CITY HALL SOUTH
(404) 330-6081 / FAX: (404) 658-7194

JACK E. RAVAN
Commissioner

**COPY**

June 26, 2003

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Georgia Environmental Protection Division          7003 0500 0004 1687 5934
Permitting, Compliance, and Enforcement Program
4220 International Parkway, Suite 101
Atlanta, Georgia 30354
ATTN: Marzieh Shahbazaz

Chief, Water Programs Enforcement Branch          7003 0500 0004 1687 5941
Water Management Division
U.S. Environmental Protection Agency, Region 4
Atlanta Federal Center
61 Forsyth Street, S.W.
Atlanta, Georgia 30303
ATTN: Douglas Mundrick

Subject: Termination of First Amended Consent Decree Terms Related to Water
Reclamation Centers, Section VII. Remedial Actions for Defendant's
Wastewater Treatment Facilities
First Amended Consent Decree – City of Atlanta
Civil Action File No. 1:98-CV-1956-TWT

Please be advised that the City has certified compliance to the United States District
Court, Northern District of Georgia, Atlanta Division ("the Court") pursuant to
subsections 1 and 2 of section XXIV, Termination, Defendant's Wastewater Treatment
Facilities, of the First Amended Consent Decree (FACD).

The City hereby certifies to EPA/EPD in accordance with section XXIV, subsection 1 that it has installed and/or implemented the following programs at each Water Reclamation Center (WRC) as observed by EPA/EPD during their tours of the Utoy Creek, South River and R.M. Clayton WRCs on January 7 and 8, 2003:

a.  The Maintenance Management System in accordance with the provisions of VII.A. of the First Amended Consent Decree;

b.  The Operations Program in accordance with the provisions of VII.B. of the First Amended Consent Decree; and,

c.  The Laboratory Information Management System in accordance with the provisions of VII.C of the First Amended Consent Decree.

Please see Attachment 1 for a listing of all relevant City compliance activities completed under section VII with actual dates of compliance.

In accordance with section XXIV, subsection 2, please be advised that the City has maintained substantial compliance with its certified programs, all other terms of this First Amended Consent Decree, the CWA, the GWQCA and its NPDES Permit for each WRC for the preceding twenty-four (24) months. Please see Attachment 2 that summarizes the limited instances of non-compliance for the period of January 1, 2001 through May 31, 2003.

Upon termination of section VII, the City will continue to certify compliance with such ongoing activities as operations, maintenance and safety training, and inputting of new equipment into the maintenance management system, in the quarterly reports.

I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering such information, the information submitted is, to the best of my knowledge and belief, true, accurate and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

Sincerely,

CITY OF ATLANTA

Robert J. Hunter
Deputy Commissioner
Department of Watershed Management

Enclosures:
Attachment 1 - Listing of All Relevant City Compliance Activities Completed under
               Section VII with Actual Dates of Compliance
Attachment 2 - Summary of Consent Decree and NPDES Permit Violations Reported
               January 2001 through May 2003

Cc:

Chief, Environmental Enforcement Section
Environmental and Natural Resource
Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Ref: DOJ Case No. 90-5-1-1-14430

Department of Law
State of Georgia
40 Capital Square, S.W.
Atlanta, Georgia 30334

United States Attorney
Northern District of Georgia
Richard B. Russell Federal Building
75 Spring Street, S.W.
Suite 1800
Atlanta, Georgia 30303

William Bush
U.S. Environmental Protection Agency,
Region 4
Atlanta Federal Center
61 Forsyth Street, S.W.
Atlanta, Georgia 30303

**City Team:**

Lynette Young / Chief Operating Officer, City of Atlanta
Greg Pridgeon / Chief of Staff, City of Atlanta
Jack Ravan / Commissioner of Watershed Management, City of Atlanta
Sally Mills / Senior Assistant City Attorney, City of Atlanta
Bob King / Director of Wastewater Treatment & Collections, City of Atlanta
Joseph Basista / Program Manager, Program Management Team
Repository (ATTN: Marilyn Johnson / City of Atlanta)

Attachment 1                                                                                          (6-26-03)

| Department of Watershed Management<br>Clean Water Atlanta<br>Listing of All Relevant City Compliance Activities Completed<br>under FACD Paragraph VII with Actual Dates of Compliance |
|---|

| ACTIVITY DESCRIPTION | COMPLETED | FACD CITING |
|---|---|---|
| | | |
| **WRC Maintenance Management System – 02.02.001** | | |
| MMS Implementation (Imp) Plan | 15NOV98 | FACD VII.A.2 |
| Implement MMS at RM Clayton | 16APR99 | FACD VII.A.5 |
| Input New Equipment into MMS [If new equip. is installed] | 01MAY99 | FACD VII.A.7 |
| Full Implementation of MMS at Utoy & South River | 31MAY01 | FACD VII.A.6 |
| | | |
| **WRC Maintenance Training Program – 02.03.001** | | |
| Proposed Maintenance Training Program | 01MAY99 | FACD VII.A.9.b |
| Modified Proposed Maintenance Training Program | 24AUG99 | FACD VII.A.9.c |
| Semi Annual Certification of Maint Training Prog | 01MAY00 | FACD VII.B.9.c |
| Semi Annual Certification of Maint Training Prog | 01NOV00 | FACD VII.B.9.c |
| Semi Annual Certification of Maint Training Prog | 01MAY01 | FACD VII.B.9.c |
| Semi Annual Certification of Maint Training Prog | 01NOV01 | FACD VII.B.9.c |
| Semi Annual Certification of Maint Training Prog | 07MAY02 | FACD VII.B.9.c |
| Semi Annual Certification of Maint Training Prog | 01NOV02 | FACD VII.B.9.c |
| Semi Annual Certification of Maint Training Prog | 01MAY03 | FACD VII.B.9.c |
| | | |
| **WRC Operations Program – 02.04.001** | | |
| Submit WRC OP Implementation Plan | 15NOV98 | FACD VII.B.2 |
| Notify EPA/EPD of Implementation Completion | 01AUG00 | FACD VII.B.7 |
| | | |
| **WRC Operations Training Program – 02.05.001** | | |
| Proposed Operations Training Program | 01MAY99 | FACD VII.B.11.b |
| Modified Proposed Operations Training Program | 24AUG99 | FACD VII.B.11.c |
| Certify Implementation of WRCs OTP | 01MAY00 | FACD VII.B.11.c |
| Certify Implementation of WRCs OTP | 01NOV00 | FACD VII.B.11.c |
| Certify Implementation of WRCs OTP | 01MAY01 | FACD VII.B.11.c |
| Certify Implementation of WRCs OTP | 01NOV01 | FACD VII.B.11.c |
| Certify Implementation of WRCs OTP | 07MAY02 | FACD VII.B.11.c |
| Certify Implementation of WRCs OTP | 01NOV02 | FACD VII.B.11.c |
| Certify Implementation of WRCs OTP | 01MAY03 | FACD VII.B.11.c |
| | | |
| **WRC Safety Program – 02.06.001** | | |
| Proposed Safety Program | 01MAY99 | FACD VII.B.12.b |
| Modified Proposed Safety Program | 24AUG99 | FACD VII.B.12.b |
| Certify Implementation of WRC Safety Program | 01MAY00 | FACD VII.B.12.c |
| Certify Implementation of WRC Safety Program | 01NOV00 | FACD VII.B.12.c |
| Certify Implementation of WRC Safety Program | 01MAY01 | FACD VII.B.12.c |
| Certify Implementation of WRC Safety Program | 01NOV0 | FACD VII.B.12.c |
| Certify Implementation of WRC Safety Program | 01MAY02 | FACD VII.B.12.c |
| Certify Implementation of WRC Safety Program | 01NOV02 | FACD VII.B.12.c |
| Certify Implementation of WRC Safety Program | 01MAY03 | FACD VII.B.12.c |
| | | |
| | | |

Attachment 1                                                             (6-26-03)

| | | |
|---|---|---|
| **Laboratory Information Management System – 02.07.001** | | |
| Laboratory Info Mgmt Syst Implementation Plan (LIMS) | 01APR99 | FACD VII.C.2 |
| Notification of full LIMS Implementation | 23DEC99 | FACD VII.C.8 |
| | | |
| **Composite Correction Program – 02.08.001** | | |
| *Requirements satisfied by FACD Exhibit A* | | |
| | | |
| **Pretreatment Program – 02.09.001** | | |
| Interjurisdictional Agreement to EPA/EPD | 20MAR00 | FACD VII.H.2 |
| Submit Agreement Revisions to EPA/EPD [if necessary] | 01DEC99 | FACD VII.H.3 |
| | | |
| **Intrenchment Creek Power Outages – 02.11.002** | | |
| Install Second Generator w/ new Power Grid | 28FEB01 | FACD Exhibit B |
| | | |
| **RM Clayton WRC Phase 1 Project – 02.13.000** | | |
| Const. of Mix Liquor P.S., 5 Clarif. & Chem. Strg. | 21DEC99 | FACD Exhibit B |
| Const. of 2 aeration blowers & 5 clarifiers | 15NOV00 | FACD Exhibit B |
| Const. new headworks w/ bar screens & grit removal | 31MAY01 | FACD Exhibit B |
| | | |
| **South River WRC Project – 02.14.000** | | |
| Finish Construction of New Effluent Filters | 14OCT99 | FACD Exhibit B |
| Finish New Headworks w/ screen & grit removal | 22OCT99 | FACD Exhibit B |
| | | |
| **Utoy Creek WRC Project – 02.15** | | |
| Bar Screens & Grit Removal | 24JUN99 | FACD Exhibit B |
| Complete Construction of 4 BPR Tanks | 06MAR00 | FACD Exhibit B |
| | | |

City of Atlanta
Dept. of Watershed Management

Termination of FACD Section VII - WRC Remedial Actions
Summary of NPDES Permit Excursions
Reported - January 2001 through September 2003

| Tab # | Excursion Date | Water Reclamation Center | Description | Resolution |
|-------|----------------|--------------------------|-------------|------------|
| 1 | 3/15/2001 | Utoy Creek | 800 gal. raw sewage spill at manhole | Leaky concrete joint at manhole repaired |
| 2 | 3/15/2001 | Utoy Creek | 1,700,000 gal. non-disinfected, secondarily treated effluent discharge; Filter feed pumps failed to match flow entering filter feed basin resulting in basin overflowing | Variable speed drive units checked and corrected; high-water alarm reconfigured to operate a "fail-safe" control circuit |
| 3 | 5/24/2001 | Intrenchment Creek | 97,627 gal. non-disinfected, secondarily treated effluent discharge; power outage during intense storm and failure of emergency generator to operate effectively | Primary/standby power system tested and corrected; system was run manually with 24-hr./day operator coverage until corrections effected |
| 4 | 6/18/2001 | Intrenchment Creek | 1) 68,946 gal. non-disinfected, secondarily treated effluent discharge due to short-circuiting of high-voltage cables by electrical subcontractor;  2) 2,000 gal. secondarily treated non-disinfected effluent discharge from force main at intersection of Fleetwood Drive and Fayetteville Road; surge caused by simultaneous effluent pump activation at Intrenchment Creek WRC after a plant power outage | 1) Short-circuiting tripped the main utility breaker and prevented the standby generator from energizing the plant even though it engaged; breaker was reset and power was restored to the effluent pumps; 2) pump controls have been adjusted to modify sequence of effluent pump startup to minimize surging in the force main |
| 5 | 1/3/2002 | R.M. Clayton | 1,004,000 gal. non-disinfected, secondarily treated effluent discharge due to all ultrasonic level transmitters falsely sensing low level conditions in UV channels | False "low level" sensing caused by foam accumulated around ultrasonic sensors; float level sensors installed to operate in parallel to ultrasonics as redundant controls; sodium hypochlorite disinfection added as "fail safe" backup to UV disinfection system |
| 6 | 1/24/2002 | R.M. Clayton | 150 gal. combination of dewatered solids and rainwater discharged to storm drain when truck wheel load was imparted to manhole cover | Wheel load was removed from the manhole cover and required repairs were made |

Revision 1, 11/17/03

25

City of Atlanta
Dept. of Watershed Management

Termination of FACD Section VII - WRC Remedial Actions
Summary of NPDES Permit Excursions
Reported - January 2001 through September 2003

| Tab # | Excursion Date | Water Reclamation Center | Description | Resolution |
|---|---|---|---|---|
| 7 | 2/6/2002 | R.M. Clayton | "Major Spill":  201 mg/l TSS in treated effluent discharge | Exceedance attributed to poor sampling location; tap pulled a non-representative sample (effluent and settled solids from effluent) from a poorly positioned siphon; a flowthrough sampler (N-CON Systems Co. Inc, Sentinel M96) was installed on or around September 30, 2002. |
| 8 | 5/5/2002 | South River | Disinfected, secondarily treated effluent's dissolved oxygen was below 5mg/l. | Capital improvement for post aeration of treated effluent planned to begin 4/30/2004 with construction completion by 5/31/2005 (RE: NPDES FORM 2A Additional Information, South River WRC GA 0024040, B.5. Scheduled Improvements and Schedules of Implementation) |
| 9 | 11/5/2002 | Utoy Creek | 2000 gal. disinfected, secondarily treated effluent bypassed sand filtration due to failure of filter influent pump to engage | Sand filter influent pump controls (i.e., electrical control block circuitry) corrected |
| 10 | 2/2003 | R.M.Clayton | 7-day fecal concentration exceedance - measured concentration, 409/100ml; weekly fecal limit, 400/100ml | – |
| 11 | 9/2/2003 | Intrenchment Creek | 840 gallons of treated, dewatered sewage sludge discharged from a sludge hauling trailer to the ground | Spill was contained and ground surfaces cleaned. |

Revision 1, 11/17/03



# CITY  OF  ATLANTA

SHIRLEY FRANKLIN
MAYOR

DEPARTMENT OF WATERSHED
MANAGEMENT

JACK E. RAVAN
Commissioner

55 TRINITY AVENUE ☐ ATLANTA, GEORGIA 30303
SUITE 5400, CITY HALL SOUTH
(404) 330-6081 ☐ FAX: (404) 658-7194

October 29, 2003

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

**COPY**

Georgia Environmental Protection Division
Permitting, Compliance, and Enforcement Program
4220 International Parkway, Suite 101
Atlanta, Georgia 30354
ATTN: Marzieh Shahbazaz

Chief, Water Programs Enforcement Branch
Water Management Division
U.S. Environmental Protection Agency, Region 4
Atlanta Federal Center
61 Forsyth Street, S.W.
Atlanta, Georgia 30303
ATTN: Douglas Mundrick

Subject:  Supplemental Information – Additional WRC Excursions
Termination of First Amended Consent Decree, Section VII. Remedial Actions
for Defendant's Wastewater Treatment Facilities
First Amended Consent Decree – City of Atlanta
Civil Action File No. 1:98-CV-1956-TWT

By a letter to EPA/EPD dated June 26, 2003, the City of Atlanta certified, in accordance
with First Amended Consent Decree (FACD) Section XXIV.2, substantial compliance
with its certified programs, all other terms of this FACD, the Clean Water Act, the
Georgia Water Quality Control Act, and its National Pollutant Discharge Elimination
System (NPDES) permit for each Water Reclamation Center for the preceding twenty-

four (24) months. That letter included a summary listing of the limited instances of non-compliance (excursions) for the period of January 1, 2001 through May 31, 2003.

Since the date of that submittal the City has identified two additional excursions as follows:

1.      R.M. Clayton WRC - NPDES permit effluent violation, 7-day fecal concentration in February 2003; measured concentration - 409/100ml, weekly fecal limit - 400/100ml.

2.      Intrenchment Creek WRC - discharge to dry land (no storm water structure or waters of the state were involved) on  Sept. 2, 2003, 840 gallons of treated, dewatered sewage sludge discharged from a sludge-hauling trailer; spill was contained and ground surfaces cleaned.

Regardless of the aforementioned excursions, the City contends that it has maintained substantial compliance with its certified programs, all other terms of this FACD, the Clean Water Act, the Georgia Water Quality Control Act, and its National Pollutant Discharge Elimination System (NPDES) permit for each Water Reclamation Center for the preceding twenty-four (24) months.

I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted.  Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering such information, the information submitted is, to the best of my knowledge and belief, true, accurate and complete.  I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.


Sincerely,

CITY OF ATLANTA



Robert J. Hunter
Deputy Commissioner
Department of Watershed Management

Cc:

Chief, Environmental Enforcement Section
Environmental and Natural Resource
Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Ref: DOJ Case No. 90-5-1-1-14430

United States Attorney
Northern District of Georgia
Richard B. Russell Federal Building
75 Spring Street, S.W.
Suite 1800
Atlanta, Georgia 30303

Department of Law
State of Georgia
40 Capital Square, S.W.
Atlanta, Georgia 30334

William Bush
U.S. Environmental Protection Agency,
Region 4
Atlanta Federal Center
61 Forsyth Street, S.W.
Atlanta, Georgia 30303

**City Team:**

Lynnette Young / Chief Operating Officer, City of Atlanta
Greg Pridgeon / Chief of Staff, City of Atlanta
Jack Ravan / Commissioner of Watershed Management, City of Atlanta
George Barnes / Deputy Commissioner of Watershed Management, City of Atlanta
Linda K. DiSantis / City Attorney, City of Atlanta
Stacey Abrams / Deputy City Attorney, City of Atlanta
Sally Mills / Senior Assistant City Attorney, City of Atlanta
Bob King / Director of Wastewater Treatment & Collections, City of Atlanta
Joseph Basista / Program Manager, Program Management Team
Repository (ATTN: Marilyn Johnson / City of Atlanta)