

# CIVIL MINUTE SHEET

(X) IN OPEN COURT  ( ) IN CHAMBERS   DATE: 11/25/03   TIME: 11:00 am

| | |
|---|---|
| Honorable Thomas W. Thrash | David Ritchie, Court Reporter |
| | Sheila Sewell, Deputy Clerk |

| | |
|---|---|
| UPPER CHATTAHOOCHEE RIVERKEEPER FUND, INC., et al | David Pope |
| vs | 1:95cv2550-TWT |
| CITY OF ATLANTA | Linda DeSantis, Benjamin Wilson |

AND

| | |
|---|---|
| vs | 1:98cv1956-TWT |
| UNITED STATES OF AMERICA, STATE OF GEORGIA | William Weinischke<br>John Hennelly |

HEARING/PRE-TRIAL/TRIAL/EVIDENCE: Status conference. City Attorney provided information to the Court on the current financial situation of the City associated with its implementation of the terms of the Consent Decree.

Court adjourned at 11:30 am until
(x) until further order


Exhibits returned to counsel for ( ) plaintiff(s)  ( ) defendants(s) ( ) Court Reporter
( ) Exhibits retained by the Court

171