IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CHAMBERS
THOMAS W. THRASH JR.
U.S D. C.  Atlanta

MAR 3 1 2004

LUTHER D. THOMAS, Clerk
By: _____
     Deputy Clerk

| | |
|---|---|
| UPPER CHATTAHOOCHEE RIVERKEEPER FUND, et al.,<br><br>    Plaintiff,<br><br>v.<br><br>THE CITY OF ATLANTA,<br><br>    Defendant. | CIVIL ACTION FILE<br>NO. 1:95-CV-2550-TWT |
| THE UNITED STATES OF AMERICA and THE STATE OF GEORGIA,<br><br>    Plaintiffs,<br><br>v.<br><br>THE CITY OF ATLANTA,<br><br>    Defendant. | CIVIL ACTION FILE<br>NO. 1:98-CV-1956-TWT |

<u>ORDER</u>

These are consolidated actions brought under the Clean Water Act. They are before the Court on the Defendant's Motion for Termination of Section VII of the First Amended Consent Decree [Doc. 170]. The motion is not opposed by the Plaintiffs. The Defendant having substantially complied with Section XXIV of the



First Amended Consent Decree, the Defendant's Motion for Termination of Section VII of the First Amended Consent Decree [Doc. 170] is GRANTED with respect to the Water Reclamation Centers covered by the Decree. All other terms and conditions of the First Amended Consent Decree remain in force until further Order of this Court.

SO ORDERED, this __31__ day of March, 2004.

*Thomas W. Thrash*
THOMAS W. THRASH, JR.
United States District Judge