IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UPPER CHATTAHOOCHEE
RIVERKEEPER FUND, INC.

v.                                          CIVIL ACTION NO.
                                            1:95cv2550-TWT
                                            1:98cv1956

CITY OF ATLANTA
FULTON COUNTY, GEORGIA


NOVEMBER 13, 2009          2:00 P.M.

For:    Upper Chattahoochee RiverKeeper Fund    Juliet Cohen

For:     City of Atlanta                        Marc Goncher, Richard Horder

For:    U.S. EPA                                William Weinischke

For:    State of Georgia                        John Hennelly

For:    Fulton County                           Vinson Hyman

For:    City of Sandy Springs                   Wendell K. Willard

For:    City of College Park                    Steven Fincher

For:    City of Fairburn                        C. Bradford Sears, Jr.

For:    Cities of Palmetto, Union City and the
South Fulton Municipal Regional Water
& Sewer Authority                               Dennis A. Davenport


Response by City of College Park to Atlanta's Motion, filed.

Motion hearing on City of Atlanta's Motion for Joinder of Parties.  The Court heard opening
statements by counsel.  The City of Atlanta then called the following witnesses: Robert Hunter
Eric Rothstein.  EXHIBITS ADMITTED.  The Court GRANTED the City of Atlanta's Motion
for Joinder and will allow filing of Third Party Complaints against the named parties for the
reasons stated.  The State of Georgia dn the County of Fulton are enjoined as to Water and
Sewer Services from applying the Services Delivery Act as those issues will continue under the

supervision of this Court and are enjoined from further proceeding in Fulton County Superior Court as to the Water and Sewer Services for a limited time to allow responses by City of Atlanta, Fulton County and State of Georgia to respond to filings made today by Sandy Springs and others until further order of this Court.  Mr. Horder to prepare order setting for the Court's ruling and opinion, have approved as to form by other counsel and submit to this Court for signature.


EXHIBITS RETAINED BY THE COURT FOR FURTHER REVIEW.

ADJ.  5:20 p.m.

Total Time in Court   3 hours 20 minutes.