UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UPPER CHATTAHOOCHEE RIVERKEEPER FUND, INC., THE CHATTAHOOCHEE RIVERKEEPER, INC., THE UNITED STATES OF AMERICA, and THE STATE OF GEORGIA, | ) ) ) ) ) ) ) ) | CIVIL ACTION FILE NOS. 1:95-CV-2550-TWT and 1:98-CV-1956-TWT |
| Plaintiffs, | ) | |
| v. | ) ) | CONSOLIDATED |
| THE CITY OF ATLANTA, | ) ) | |
| Defendant. | ) | |

_____

**CITY OF SANDY SPRINGS' RESPONSE TO
CITY OF ATLANTA'S MOTION TO STAY DISTRICT COURT
PROCEEDINGS RELATED TO ASPECTS OF LITIGATION ON APPEAL**

COMES NOW THE CITY OF SANDY SPRINGS ("Sandy Springs"), and, in response to the City of Atlanta's Motion to Stay District Court Proceedings Related to Aspects of Litigation on Appeal, shows this Court has follows:

### I.   INTRODUCTION

The crux of Sandy Springs' appeal to the Eleventh Circuit is that Sandy Springs should not be a party to these cases or the Consent Decrees.  Therefore, Sandy Springs agrees with the City of Atlanta that all issues currently on appeal to the Eleventh Circuit are automatically stayed and so does not object to the City of

Atlanta's request that the Court stay all proceedings related to those issues. As to the City of Atlanta's request that a stay of those issues not preclude the Court from proceeding with administration of the Consent Decrees, Sandy Springs responds that it does not object to any administration of the Consent Decrees that does not involve the subject matter of the issues on appeal, require participation by Sandy Springs or affect the rights of Sandy Springs.

## II.    ARGUMENT AND CITATION OF AUTHORITIES

### A.    THE APPEAL DIVESTS THIS COURT OF JURISDICTION OVER THE ISSUES ON APPEAL.

Sandy Springs agrees with the City of Atlanta that the Notice of Appeal filed by Sandy Springs divested this Court of jurisdiction over all issues on appeal. Therefore, any further action on those issues by this Court should be stayed.

In its Motion, the City of Atlanta questions whether the resolution of all the issues in Sandy Springs' Motion to Dismiss the Third-Party Complaint are stayed, as at least some of those issues are the subject of the Eleventh Circuit appeal. Sandy Springs responds that its appeal to the Eleventh Circuit includes a request for review of this Court's jurisdiction to join Sandy Springs as a party and allow the filing of a Third-Party Complaint in this instance. However, the appeal does not include nonjurisdictional arguments raised by Sandy Springs in its Motion to Dismiss, such as the specificity of the Third-Party Complaint.

2

The City of Atlanta has filed an Amended Complaint in an attempt to address the nonjurisdictional issues raised by Sandy Springs' Motion to Dismiss. However, the City of Atlanta has also offered to consent to an extension of time for Sandy Springs' response to the Amended Third Party Complaint until after the Eleventh Circuit rules. To clarify the deadline for its response to the City of Atlanta's Amended Complaint, Sandy Springs will file a separate Consent Motion and Order (pending agreement of the City of Atlanta as to form) staying the time to respond to the Amended Third Party Complaint of the City of Atlanta until the conclusion of the appeal.

Therefore, Sandy Springs has no objection to staying this Court's proceedings related to the jurisdiction of the Court over Sandy Springs and the Amended Third Party Complaint until the completion of the appeal.

**B.   THIS COURT IS NOT PRECLUDED FROM PROCEEDING WITH THOSE PORTIONS OF THE CASE UNRELATED TO SANDY SPRINGS.**

While Sandy Springs agrees that the Court is not precluded from proceeding with the elements of the case not on appeal, the ability of the Court to require Sandy Springs to take specific actions or to impose obligations on Sandy Springs relates to the Court's jurisdiction, which is one issue on appeal. Therefore, Sandy Springs agrees that the Court may proceed with all other implementation of the

Consent Decrees that do not involve Sandy Springs, such as enforcement, modification, review of status reports and force majeure and dispute resolution requests, and any other aspect of the Consent Decrees that do not involve the subject matter of the issues on appeal, require participation by Sandy Springs or affect the rights of Sandy Springs.

## CONCLUSION

For all the foregoing reasons, Sandy Springs consents to the entry of an order staying this Court's proceedings related to the issues on appeal. Sandy Springs agrees that the stay should not include enforcement of the Consent Decrees insofar as such enforcement does not require participation by Sandy Springs or affect the rights of Sandy Springs.

### Local Rule 7 I.D. Certification

By signature below, counsel certifies that the foregoing was prepared in Times New Roman, 14-point font in compliance with Local Rule 5.1B.

This 29th day of March, 2010.

        Respectfully submitted,

        /s/ Anne W. Lewis
        Frank B. Strickland
        Georgia Bar No. 687600
        fbs@sbllaw.net
        Anne W. Lewis
        Georgia Bar No. 737490

awl@sbllaw.net
Bryan P. Tyson
Georgia Bar No. 515411
bpt@sbllaw.net
STRICKLAND BROCKINGTON
  LEWIS LLP
Midtown Proscenium Suite 2200
1170 Peachtree Street NE
Atlanta, Georgia  30309
678/347-2200 (telephone)
678/347-2210 (facsimile)

Wendell K. Willard
Georgia Bar No. 760300
wkwillard@wendellwillard.com
Two Ravinia Drive
Suite 1630
Atlanta, GA 30346
770-481-7100 (telephone)
770-481-7111 (facsimile)

Attorneys for the City of Sandy Springs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UPPER CHATTAHOOCHEE RIVERKEEPER FUND, INC., THE CHATTAHOOCHEE RIVERKEEPER, INC., THE UNITED STATES OF AMERICA, and THE STATE OF GEORGIA, | ) ) ) ) ) ) ) | CIVIL ACTION FILE NOS. 1:95-CV-2550-TWT and 1:98-CV-1956-TWT |
| Plaintiffs, | ) | |
| v. | ) ) | CONSOLIDATED |
| THE CITY OF ATLANTA, | ) ) | |
| Defendant. | ) | |

_____

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 29, 2010, I electronically filed the foregoing **CITY OF SANDY SPRINGS' RESPONSE TO CITY OF ATLANTA'S MOTION TO STAY DISTRICT COURT PROCEEDINGS RELATED TO ASPECTS OF LITIGATION ON APPEAL** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| Juliet Cohen, Esq.<br>General Counsel<br>Upper Chattahoochee Riverkeeper<br>3 Puritan Mill<br>916 Joseph Lowery Blvd.<br>Atlanta, Georgia 30318 | John E. Hennelly, Esq.<br>Senior Asst. Attorney General<br>State of Georgia<br>Suite 4038<br>40 Capital Square, S.W.<br>Atlanta, Georgia 30334-1300 |
| William A. Weinischke, Esq.<br>Senior Attorney<br>Environmental Enforcement Section<br>Environment and Natural Resources<br>U.S. Department of Justice<br>P.O. Box 7611<br>Washington, D.C. 20044-7611 | William Bush, Esq.<br>Associate Regional Counsel<br>U.S. Environmental Protection Agency<br>61 Forsyth Street, S.W.<br>Atlanta, GA 30303 |
| **Fulton County**<br>Willie Lovett Jr.<br>Mr. Vincent Devaughn Hyman<br>Office of the Fulton County Attorney<br>141 Pryor St., S.W., Suite 4038<br>Atlanta, GA 30303<br>Phone: 404-730-7750 | **Cities of Palmetto, Union City, and Fairburn, and the South Fulton Water and Sewer Authority**<br>Edward D. Tolley<br>Cook, Noell, Tolley & Bates, LLP<br>P. O. Box 1927<br>Athens, GA 30603-1927<br>Telephone: (706) 549 6111 |
| **The City of Atlanta**<br>Mr. Marc Goncher<br>Mr. R. Roger Bhandari<br>Ms. Renee Shepherd<br>Department of Law<br>68 Mitchell Street SW Ste 4100<br>Atlanta, GA 30303-3520<br>Phone: (404) 330-6400 | **The City of Atlanta**<br>Ms. Susan Richardson<br>Kilpatrick Stockton, LLP<br>1100 Peachtree St Ste 2800<br>Atlanta, GA 30309<br>Phone: (404)815-6500 |

| | |
|---|---|
| **The City of College Park**<br>Mr. Steven Martin Fincher Fincher Denmark & Williams LLC 2262 Mt. Zion Road<br>Jonesboro, GA 30236<br>Phone: 770-478-9950 | **The City Of Atlanta**<br>Mr. Richard A. Horder<br>Kazmarek Geiger & Laseter LLP<br>3490 Piedmont Road NE Ste 201<br>Atlanta, GA 30305<br>Phone: 404-812-0843 |
| **Cities of Palmetto, Union City, and Fairburn, and the South Fulton Water and Sewer Authority**<br>Dennis A. Davenport<br>McNally, Fox, Grant & Davenport, PC<br>100 Habersham Drive<br>Fayetteville, GA 30214<br>Phone: 770-461-2223 | **City of College Park**<br>Steven M. Fincher<br>Fincher Denmark & Williams LLC<br>2262 Mt. Zion Road<br>Jonesboro, GA 30236<br>Phone: 770-478-9950 |

Further, I hereby certify that I have mailed by United States Postal Service the foregoing pleading to the following non-CM/ECF participants:

**The City of Fairburn**
City Attorney
Mr. William Randy Turner
Turner & Ross, LLC
2265 Roswell Road, Suite 100
Marietta, GA 30062
Phone: 770-253-3880

This 29th day of March, 2010.

/s/ Anne W. Lewis
Anne W. Lewis
Georgia Bar No. 737490