UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UPPER CHATTAHOOCHEE RIVERKEEPER FUND, INC., THE CHATTAHOOCHEE RIVERKEEPER, INC., THE UNITED STATES OF AMERICA, and THE STATE OF GEORGIA,<br><br>   Plaintiffs,<br><br>vs.<br><br>THE CITY OF ATLANTA,<br><br>   Defendant/Third Party Plaintiff,<br><br>v.<br><br>THE CITY OF SANDY SPRINGS, CITY OF UNION CITY, CITY OF FAIRBURN, CITY OF PALMETTO, CITY OF COLLEGE PARK, SOUTH FULTON MUNICIPAL REGIONAL WATER AND SEWER AUTHORITY, AND FULTON COUNTY,<br><br>   Third Party Defendants. | CIVIL ACTION FILE NO.<br>1:95-CV-2550-TWT<br>1:98-CV-1956-TWT |

## FULTON COUNTY'S RESPONSE TO THE CITY OF ATLANTA'S MOTION TO STAY DISTRICT COURT PROCEEDINGS

Comes Now, Third-Party Defendant Fulton County, Georgia ("Fulton County"), herein and answers the Third-Party Plaintiff City of Atlanta's Motion to

Stay the District Court's Proceedings, as it relates to matters involving the Service Delivery Strategy (SDS) Act as follows:

Fulton County is not opposed to the City of Atlanta's Motion requesting to stay these proceedings as it relates to matters involving the SDS Act and the providing of water services to the respective Third-Party Defendants.

Moreover, as a practical matter, Fulton County believes that any relevant subject matter or procedural issues that will ultimately be adjudicated on appeal will provide guidance to the court and all parties, regardless of the different issues or facts that have or will be presented by the Third-Party Defendants. Because resolution of the common subject matter and procedural issues will affect all parties, Fulton County will not inundate this court or the Eleventh Circuit with additional filings or briefs, unless necessary to protect a specific right or issue on appeal.

Respectfully submitted this 29th day of March, 2010.

**R. David Ware**
**County Attorney**
**Georgia Bar No. 737756**

/s/ Vincent D. Hyman
Vincent D. Hyman
Georgia Bar No. 381163
Marvin J. Harkins
Georgia Bar No. 326365

**Office of the Fulton County Attorney**
**141 Pryor Street Suite 4038**
**Atlanta, Georgia  30303**
**(404) 612-0246**
**(404) 730-6324 Fax**

# CERTIFICATE OF SERVICE

In accordance with Local Rules 5.1 and 7.1, this certifies that the foregoing document complies with the aforementioned Local Rules and is printed in New Times Roman, 14 point and also this is to certify that I have this 29th day of March, 2010, served counsel in the foregoing matter with a copy of the within and foregoing **FULTON COUNTY'S RESPONSE TO THE CITY OF ATLANTA'S MOTION TO STAY DISTRICT COURT PROCEEDINGS** by depositing a copy of same into the United States Mail with proper postage thereon affixed to the address as follows:

Marc P. Goncher, Sr. Asst City Attorney
City of Atlanta Law Department
68 Mitchell Street, Suite 4100
Atlanta, Georgia 30335

Roger Ghandari, Acting City Attorney
City of Atlanta Law Department
68 Mitchell Street, Suite 4100
Atlanta, Georgia  30335

Susan Richardson, Esquire
Kilpatrick Stockton LLP
1100 Peachtree St. Suite 2800
Atlanta, Georgia 30309

Richard A. Horder, Esq.
Kazmarek, Geiger & Laseter LLP
3490 Piedmont Road, N.E., Ste. 201
Atlanta, Georgia 30305

Juliet Cohen, Esq.
Upper Chattahoochee Riverkeeper
3 Puritan Mill
916 Joseph Lowery Blvd.
Atlanta, Georgia 30318

John E. Hennelly, Esq.
Senior Asst. Attorney General
State of Georgia, Suite 4038
40 Capital Square, S.W.
Atlanta, Georgia 30334]

| | |
|---|---|
| William A. Weinischke, Esq.<br>Senior Attorney<br>Environmental Enforcement Section<br>Environment and Natural Resources<br>U.S. Dept of Justice<br>P.O. Box 7611<br>Washington, D.C. 20044-7611 | William Bush, Esq.<br>Associate Regional Counsel<br>U.S. Environmental Protection Agy<br>61 Forsyth Street S.W.<br>Atlanta, Georgia 30303 |
| Frank Strickland, Esq.<br>Anne Ware Lewis, Esq<br>Strickland, Brockington, Lewis LLP<br>1170 Peachtree St. N.E. Ste. 2200<br>Atlanta, Georgia 30309<br>Attorney for City of Sandy Springs | Steven M. Fincher, Est.<br>Fincher, Denmark & Williams LLC<br>2262 Mt. Zion Road<br>Jonesboro, Ga. 30236<br>Attorney for College Park |
| Denis Alan Davenport, Esq.<br>McNally, Fox, Grant & Davenport P.C.<br>100 Habersham Drive<br>Fayetteville, Ga. 30214<br>Attorney for City of Union City,<br>City of Palmetto, S. Fulton Municipal<br>Regional Water and Sewer Authority | C. Bradford Sears Jr., Esq.<br>Sanders, Haugen & Sears, P.C.<br>11 Perry Street, P.O. Box 1177<br>Newnan, Georgia 30264<br>Attorney for City of Fairburn |

I hereby further certify that I have mailed by U.S. Mail a copy of the foregoing document to the following non-CM/ECF participants:

William R. Turner, Esq.

Turner & Ross, LLC

2265 Roswell Road, Suite 100

Marietta, Georgia 30062

                    /s/ Vincent D. Hyman
                    Vincent D. Hyman
                    Georgia Bar No. 381163
                    Attorney for Third-Party
                    Defendant Fulton County

**OFFICE OF THE COUNTY ATTORNEY**
141 Pryor Street, S.W., Suite 4038
Atlanta, Georgia  30303
(404) 612-0246
(404) 730-6324 (facsimile)

P:\CALitigation\PubWks\Upper Chattahoochee etc. v. City of Atlanta (VDH)\Pleadings\03.29.10 Fulton County's Response to City of Atlanta's Mtn to Stay Proceedings.rtf