IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UPPER CHATTAHOOCHEE RIVERKEEPER FUND, INC., THE CHATTAHOOCHEE RIVERKEEPER, INC., THE UNITED STATES OF AMERICA, and THE STATE OF GEORGIA, : : : : : : | |
| Plaintiffs, : : | CIVIL ACTION NOS. 1:95-CV-2550-TWT |
| V. : : | 1:98-CV-1956-TWT |
| THE CITY OF ATLANTA, : : | CONSOLIDATED |
| Defendant/3rd Party Plaintiff, : : | |
| v. : : | |
| THE CITY OF SANDY SPRINGS, CITY OF UNION CITY, CITY OF FAIRBURN, CITY OF PALMETTO, CITY OF COLLEGE PARK, SOUTH FULTON WATER & SEWER AUTHORITY, and FULTON COUNTY, : : : : : : | |
| Third Party Defendants. : | |

**THIRD-PARTY DEFENDANTS SOUTH FULTON WATER & SEWER AUTHORITY, CITY OF UNION CITY, CITY OF FAIRBURN, & CITY OF PALMETTO'S MOTION TO DISMISS CITY OF ATLANTA'S AMENDED THIRD-PARTY COMPLAINT IN LIEU OF FILING ANSWER**

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, Third-Party Defendants South Fulton Water & Sewer Authority, City of Union City, City of Fairburn, and City of Palmetto ("Defendants") respectfully request that this Court dismiss the Third-Party Plaintiff City of Atlanta's ("Atlanta") Amended Complaint.

Rule 15(a)(1)(B) states that a party may amend its pleading "if the pleading is one to which a responsive pleading is required, 21 days after the service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f) whichever is earlier." After that, a party can amend only with leave of court or consent of the opposing party. Rule 15(a)(2). "Pleadings" is defined by Rule 7(a)(5) of the Federal Rules of Civil Procedure as "a third-party complaint."

Here, Atlanta filed its Third-Party Complaint on January 22, 2010. Defendants filed their Motion to Dismiss on February 12, 2010. Atlanta filed its amended Third-Party Complaint on March 22, 2010, more than twenty-one days after Defendants filed their Motion. Atlanta requested neither leave of court nor Defendants' consent. Defendants respectfully pray that Atlanta's Amended Third-Party Complaint be dismissed pursuant to Rule 15(a).

**CERTIFICATION**

Pursuant to Local Rule 7.1(D), I certify this motion complies with the font and point selections approved by the court in LR 5.1B.

Respectfully submitted this 31st day of March, 2010.

                                          <u>s/ Edward D. Tolley, Esq.</u>
                                          Lead Counsel for
                                          Cities of Palmetto, Union City &
                                          Fairburn, & the South Fulton Water
                                          & Sewer Authority
                                          Georgia Bar No.714300
                                          COOK, NOELL, TOLLEY,
                                          BATES & MICHAEL
                                          P. O. Box 1927
                                          Athens GA  30603-1927
                                          Telephone:  (706) 549 6111
                                          Facsimile:  (706) 548 0956
                                          Email:  <u>etolley@aol.com</u>

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 30, 2010, I electronically filed THIRD-PARTY DEFENDANTS Cities of Palmetto, Union City & Fairburn, & the South Fulton Water & Sewer Authority's **MOTION TO DISMISS AMENDED THIRD-PARTY COMPLAINT** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| Juliet Cohen, Esq.<br>General Counsel<br>Upper Chattahoochee Riverkeeper<br>3 Puritan Mill<br>916 Joseph Lowery Blvd.<br>Atlanta, Georgia 30318 | John E. Hennelly, Esq.<br>Senior Asst. Attorney General<br>State of Georgia<br>Suite 4038<br>40 Capital Square, S.W.<br>Atlanta, Georgia 30334-1300 |
|---|---|

| | |
|---|---|
| William A. Weinischke, Esq.<br>Senior Attorney<br>Environmental Enforcement Section<br>Environment and Natural Resources<br>U.S. Department of Justice<br>P.O. Box 7611<br>Washington, D.C. 20044-7611 | William Bush, Esq.<br>Associate Regional Counsel<br>U.S. Environmental Protection Agency<br>61 Forsyth Street, S.W.<br>Atlanta, GA 30303 |
| **Fulton County**<br>Willie Lovett Jr.<br>Mr. Vincent Devaughn Hyman<br>Office of the Fulton County Attorney<br>141 Pryor St., S.W., Suite 4038<br>Atlanta, GA 30303<br>Phone: 404-730-7750 | **The City of Sandy Springs**<br>Frank Strickland<br>Anne Ware Lewis<br>Strickland Brockington Lewis LLP<br>1170 Peachtree St., NE, Suite 2200<br>Atlanta, GA 30309<br>Phone: 678-347-2200 |
| **The City of Atlanta**<br>Mr. Marc Goncher<br>Mr. R. Roger Bhandari<br>Ms. Renee Shepherd<br>Department of Law<br>68 Mitchell Street SW Ste 4100<br>Atlanta, GA 30303-3520<br>Phone: (404) 330-6400 | **The City of Atlanta**<br>Ms. Susan Richardson<br>Kilpatrick Stockton, LLP<br>1100 Peachtree St Ste 2800<br>Atlanta, GA 30309<br>Phone: (404)815-6500 |
| **The City of College Park**<br>Mr. Steven Martin Fincher<br>Fincher Denmark & Williams LLC<br>2262 Mt. Zion Road<br>Jonesboro, GA 30236<br>Phone: 770-478-9950 | **The City Of Atlanta**<br>Mr. Richard A. Horder<br>Kazmarek Geiger & Laseter LLP<br>3490 Piedmont Road NE Ste 201<br>Atlanta, GA 30305<br>Phone: 404-812-0843 |

Further, I hereby certify that I have mailed by United States Postal Service the Notice of Filing of Proof of Service to the following non-CM/ECF participants:

4

**The City of Fairburn**
City Attorney
Mr. William Randy Turner
Turner & Ross, LLC
2265 Roswell Road, Suite 100
Marietta, GA 30062
Phone: 770-253-3880

    This 30th day of March, 2010.

                                s/ Edward D. Tolley Esq.
                                Edward D. Tolley