IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UPPER CHATTAHOOCHEE RIVERKEEPER FUND, INC., THE CHATTAHOOCHEE RIVERKEEPER, INC., THE UNITED STATES OF AMERICA, and THE STATE OF GEORGIA, | |
| Plaintiffs, | CIVIL ACTION NOS. 1:95-CV-2550-TWT |
| V. | 1:98-CV-1956-TWT |
| THE CITY OF ATLANTA, | CONSOLIDATED |
| Defendant/3rd Party Plaintiff, | |
| v. | |
| THE CITY OF SANDY SPRINGS, CITY OF UNION CITY, CITY OF FAIRBURN, CITY OF PALMETTO, CITY OF COLLEGE PARK, SOUTH FULTON WATER & SEWER AUTHORITY, and FULTON COUNTY, | |
| Third Party Defendants. | |

**DEFENDANTS SOUTH FULTON WATER & SEWER AUTHORITY, CITY OF UNION CITY, CITY OF FAIRBURN, & CITY OF PALMETTO'S MOTION TO STAY**

Third-Party Defendants South Fulton Water & Sewer Authority, City of Union City, City of Fairburn, and City of Palmetto ("Defendants") respectfully request that this Court Stay the provisions of its Order filed January 14, 2010

On or about March 15, 2010, the City of Atlanta filed a Motion to Stay. On or about March 29, 2010, the City of Sandy Springs filed a Response, stating that they do not object to any

administration of the Consent Decrees that does not involve the subject matter of the issues on appeal, require Defendants' participation, or affect the Defendants' rights. Defendants adopt the position of the City of Sandy Springs in this, their Motion to Stay.

In *Markel International Ins. Co. v. O'Quinn,* 566 F.Supp 2d 1374, 1377, n.2 (S.D.Ga. 2008), the Court instructed the parties to adopt other parties' filings with which they agree as their own, to promote judicial economy, and to avoid any slight difference in the submissions which could be of consequence.

When an appeal s filed, jurisdiction is conferred on the court of appeals and the district court loses jurisdiction over those issues. *Gren Leaf Nursury v E.I. DuPont De Nemours & Co., 341 F.3d 1929, 1309 (11th Cir. 2003).* In this case, Defendants have appealed the Order.

Therefore the Defendants respectfully pray that this Court stay implementation of its Order dated January 14, 2010.

**CERTIFICATION**

Pursuant to Local Rule 7.1(D), I certify this motion complies with the font and point selections approved by the court in LR 5.1B.

2

Respectfully submitted this 31st day of March, 2010.

<u>s/ Edward D. Tolley, Esq.</u>
Lead Counsel for
Cities of Palmetto, Union City &
Fairburn, & the South Fulton Water
& Sewer Authority
Georgia Bar No.714300
COOK, NOELL, TOLLEY,
BATES & MICHAEL
P. O. Box 1927
Athens GA  30603-1927
Telephone:  (706) 549 6111
Facsimile:  (706) 548 0956
Email:  <u>etolley@aol.com</u>

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 30, 2010, I electronically filed THIRD-PARTY DEFENDANTS Cities of Palmetto, Union City & Fairburn, & the South Fulton Water & Sewer Authority's **MOTION TO STAY** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| Juliet Cohen, Esq.<br>General Counsel<br>Upper Chattahoochee Riverkeeper<br>3 Puritan Mill<br>916 Joseph Lowery Blvd.<br>Atlanta, Georgia 30318 | John E. Hennelly, Esq.<br>Senior Asst. Attorney General<br>State of Georgia<br>Suite 4038<br>40 Capital Square, S.W.<br>Atlanta, Georgia 30334-1300 |
| William A. Weinischke, Esq.<br>Senior Attorney<br>Environmental Enforcement Section<br>Environment and Natural Resources<br>U.S. Department of Justice<br>P.O. Box 7611<br>Washington, D.C. 20044-7611 | William Bush, Esq.<br>Associate Regional Counsel<br>U.S. Environmental Protection Agency<br>61 Forsyth Street, S.W.<br>Atlanta, GA 30303 |
| **Fulton County**<br>Willie Lovett Jr.<br>Mr. Vincent Devaughn Hyman<br>Office of the Fulton County Attorney<br>141 Pryor St., S.W., Suite 4038<br>Atlanta, GA 30303<br>Phone: 404-730-7750 | **The City of Sandy Springs**<br>Frank Strickland<br>Anne Ware Lewis<br>Strickland Brockington Lewis LLP<br>1170 Peachtree St., NE, Suite 2200<br>Atlanta, GA 30309<br>Phone: 678-347-2200 |

| | |
|---|---|
| **The City of Atlanta**<br>Mr. Marc Goncher<br>Mr. R. Roger Bhandari<br>Ms. Renee Shepherd<br>Department of Law<br>68 Mitchell Street SW Ste 4100<br>Atlanta, GA 30303-3520<br>Phone: (404) 330-6400 | **The City of Atlanta**<br>Ms. Susan Richardson<br>Kilpatrick Stockton, LLP<br>1100 Peachtree St Ste 2800<br>Atlanta, GA 30309<br>Phone: (404)815-6500 |
| **The City of College Park**<br>Mr. Steven Martin Fincher<br>Fincher Denmark & Williams LLC<br>2262 Mt. Zion Road<br>Jonesboro, GA 30236<br>Phone: 770-478-9950 | **The City Of Atlanta**<br>Mr. Richard A. Horder<br>Kazmarek Geiger & Laseter LLP<br>3490 Piedmont Road NE Ste 201<br>Atlanta, GA 30305<br>Phone: 404-812-0843 |

Further, I hereby certify that I have mailed by United States Postal Service the Notice of Filing of Proof of Service to the following non-CM/ECF participants:

**The City of Fairburn**
City Attorney
Mr. William Randy Turner
Turner & Ross, LLC
2265 Roswell Road, Suite 100
Marietta, GA 30062
Phone: 770-253-3880

This 30th day of March, 2010.

s/ Edward D. Tolley Esq.<br>
Edward D. Tolley