UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UPPER CHATTAHOOCHEE RIVERKEEPER FUND, INC., THE UNITED STATES OF AMERICA AND THE STATE OF GEORGIA | ) ) ) ) | |
| Plaintiffs, | ) ) ) ) | CIVIL ACTION FILE NOS. 1:95-CV-2550-TWT and 1:98-CV-1956-TWT, Consolidated |
| v. | ) ) | |
| THE CITY OF ATLANTA, | ) ) | |
| Defendant. | ) | |

## STATUS REPORT OF DEFENDANT CITY OF ATLANTA

Defendant City of Atlanta ("City") submits this Status Report, as directed by the Court, within fifteen (15) days of the Status Report filed by the Plaintiffs[1] ("EPA/EPD") on April 1, 2010.

The City does not disagree with the underlying facts of the matters presented by EPA/EPD's Status Report. The City submits the following response to provide an update to the Court on the most significant recent Consent Decree[2]

---

[1] The Plaintiffs were provided an opportunity to review a draft of this Status Report prior to filing with the Court.

[2] "Consent Decree" and "Consent Decrees" are sometimes used to refer to requirements under both the Consent Decree (CSO), Civil Action No. 1:95-CV-2550-TWT, or First Amended Consent Decree (SSO), Civil Action No.

milestones/deadlines met since the previous semi-annual Status Report filed on November 16, 2010, and to provide additional information related to the numbered paragraphs set out in the EPA/EPD's Status Report. The basis of data for purposes of this report, unless otherwise indicated, is through March 31, 2010.

A.    Anticipated Future Noncompliance Issues.

1.    Financial Update and Need for Schedule Relief

The City reported in its November 16, 2009 status report that it submitted an updated Financial Capability Assessment to EPA/EPD affirming that the City is bearing a High Burden warranting schedule relief. The assessment utilized by EPA's Financial Assessment guidance formulas and, as called for by the guidance, provided additional documentation that would provide a more accurate and complete picture of the City's financial capability. This documentation was offered to help ensure that prospective Clean Water Atlanta financing does not exacerbate the City's already considerable financial challenges.

In a letter dated February 18, 2010, the City submitted a notice pursuant to Section XII. of the Consent Decrees that constraints on its future capital financing capacity and multiple high priority needs funded by the same limited financial resources are beginning to impact timely FACD project implementation.

---

1:98-CV-1956-TWT. When it is necessary to refer to each Consent Decree individually, they are referred to as "CSO Consent Decree" and "First Amended Consent Decree" or "(FACD)" respectively.

Specifically, the City has insufficient funds to be encumbered for four sewer rehabilitation projects and two capacity relief projects in Sewer Group 3. The schedule completion date for Sewer Group 3 projects is July 1, 2011.

The City faces both immediate financing challenges with regard to Sewer Group 3 projects, and long term financial constraints that impact the remaining deadlines (July 1, 2013 and July 1, 2014) for completion of work under the FACD. As EPA/EPD reported, the City is conducting ongoing negotiations with EPA/EPD, with involvement of the Upper Chattahoochee Riverkeeper, to make certain that the City's strong environmental performance is financially sustainable through termination of its Consent Decree obligations and beyond. The parties are discussing potential remedies, including a potential schedule extension for a subset of the remaining FACD work. Regardless of the remedy determined to be appropriate, it should be noted that the City contemplates that certain projects that will achieve the greatest environmental benefit for the amount of money spent would continue to meet the last FACD deadline – July 1, 2014.

The City has demonstrated a commitment to achieving the objectives of the Consent Decrees. As this Court is aware, all work under the CSO Consent Decree was substantially completed within the required time-frame. Under the FACD, all work under Sewer Group 1 was substantially completed before the July 1, 2009

schedule completion date.  Overall, the City has completed the following under the FACD:

- Inspection and Evaluation – 1,354 miles completed (86.7% of the planned 1,562.5 miles) through February 25, 2010.

- Sewer Rehabilitation - 342 miles completed (65.6% of projected 521 miles).

- Sewer Capacity Relief – Twenty-three relief projects have been completed, including the Nancy Creek Tunnel.  Of the last few remaining relief projects, the two largest ones, the South River Tunnel and the Peachtree Creek Capacity Relief project are currently under construction and in the design phase, respectively.

The City's significant progress under the Consent Decrees is made possible by its unprecedented financial commitment.  To fund this progress, the City has:

- Issued over $2 billion in revenue bond debt and has obtained approximately $150 million in loans from the Georgia Environmental Facilities Authority.

- Lobbied successfully for a change in state tax laws that apply only to the City and twice obtained voter approval of a 1 percent sales tax dedicated to funding water and wastewater purposes in accordance with this new law.

- Implemented service rate adjustments that have increased typical residential bills by two hundred forty-four percent (244%) and are scheduled to

continue to increase said rates through at least June 2012, resulting in a cumulative 306% increase in the bill for a typical residential customer. As a result, the City will have the highest water/sewer rates in the nation for a major city with a combined drinking water and wastewater utility.

- Reduced budgeted O&M expenditures by 24.7% in FY 2008, 16% in FY 2009 and 5% in FY 2010 to enable continued capital financing despite revenue shortfalls and uncontrollable increases in system revenue requirements including increased annual debt service requirements.

Despite the City's commitment to raise the necessary revenue and reduce expenditures by operating more efficiently, it has had to overcome numerous financial challenges over the last three years and continues to face others as follows:

- The global recession has created severe revenue shortfalls from water/sewer user fees and sales tax receipts.

- Mandatory water use restrictions imposed by the State of Georgia in 2007, and recent wet weather has suppressed water usage and associated rate revenues. This usage is unlikely to return to pre-drought levels due to the City's extraordinarily high water/sewer rates and the recent passage of the

Georgia Water Stewardship Act that imposes statutory and mandatory water conservation measures.

- The historic 2009 flood resulted in severe flooding and property damage and led to state and federal major disaster declarations. The City's wastewater treatment and collection system sustained property damage that is now estimated at over $56 million. Although the City hopes to ultimately be reimbursed for the majority of these expenditures by FEMA, the City must sustain current funding of the restoration of R.M. Clayton Wastewater Reclamation Center and other facilities.

- The sales tax for water and sewer purposes will expire in September 2016 (if it is renewed for a third four-year term), which is projected to remove approximately $125 million from annual water/sewer revenue streams.

- Given that the City's water/sewer rates are the highest in the nation for a major metropolitan area and represent an exceptionally high burden upon the City's ratepayers, particularly low-income ratepayers that represent over 20% of the ratepayer population, rate increases beyond the approved FY 2009-12 rate increase program are untenable.

- The City faces the potential need to prioritize additional water projects due to the July 2009 order in the tri-state water litigation and the potential

reduction of the water supply source essential for protection of public health and the proper function of both water and wastewater systems throughout the metropolitan Atlanta area.

- As presently before this Court, several entities that sit in the City's extra-jurisdictional water service area have raised Georgia Service Delivery Act challenges, which, if realized, would have significant impacts on the City's current revenue streams and future bonding capacity. The potential for the Georgia General Assembly to allow for the creation of new counties in the City's water service area also recreates the potential for destabilization of the City's service areas and customer base.

Together, these financial constraints and obstacles put the City's relatively poor bond rating in a precarious state. In October 2009, continued revenue shortfalls from user fees and sales tax receipts combined with many of the above mentioned financial burdens and the City's outstanding Consent Decree obligations resulted in one of the credit rating agencies providing the following comment in conjunction with the City's Series 2009B revenue bond issue:

> "*Near-term credit concerns include the potential for continued declines in sales tax revenue attributable to current economic conditions and rate revenues driven by weather patterns and a continued shift towards conservation among rate-payers. Long-term,*

*Fitch remains concerned about the system's ability to continue absorbing rising annual debt service obligations. Fitch will monitor the system's progress in gaining consent decree schedule relief from the Environmental Protection Agency (EPA). If measures prove unsuccessful, Fitch believes the system would face a considerable challenge in raising sufficient revenues to meet its operating and capital costs, which may result in a financial profile no longer consistent with the current rating level."*

- Fitch Ratings, Press Release
"Fitch Rates Atlanta, Georgia Water & Sewer Revs 'BBB+'; Outlook Stable" October 2, 2009

As shown in status conferences and testimony before this Court, this comment is a warning that if the City's financial circumstances and regulatory obligations do not change, its credit rating will be downgraded.[3]    A rating downgrade would compromise the City's ability to finance future capital improvements or restructure

---

[3] Transcript of Status Conference before Honorable Thomas W. Thrash, United States District Court Judge, Northern District of Georgia 22-3 (October 19, 2009) ("The rating agency has basically told us that we need to stabilize our rates or we will likely have our bond rating downgraded in the near future.  If we're downgraded anymore, we'll essentially be at junk bond status which will effectively end our ability to raise capital in the markets."). Transcript of Motions Hearing before Honorable Thomas W. Thrash, Jr., United States District Court Judge, Northern District of Georgia 58-9 (November 13, 2009) ("If I run into bond problems and have my rates drop – they're at triple B now – if they drop to junk bond status, I can't issue bonds for the combined system.  And if I can't issue bonds, I can't do the consent decree work.  I can't stay in compliance.")  Transcript of Motions Hearing before Honorable Thomas W. Thrash, Jr., United States District Court Judge, Northern District of Georgia 77-8 (November 13, 2009) ("The rating agency companies have expressed concern about the size of our capital program and where we are with rates and the ability to afford this program. . . . We are as we try to balance all of these requirements staying on the edge of being able to do this work.")

its existing debt obligations, thereby endangering the ability of the City to finance Consent Decree projects even under an extended implementation schedule while also managing an effective water/sewer utility.

In summary, constraints on the City's future capital financing capacity and multiple high priority needs funded by the same limited financial resources are beginning to impact to timely FACD project implementation. However, the City remains committed to fulfilling its obligations under the Consent Decrees. The City has entered negotiations with EPA/EPD and the Upper Chattahoochee Riverkeeper to seek a resolution that preserves the City's financial capability to meet the objectives of the First Amended Consent Decree while maintaining effective drinking water and wastewater systems.

B.    Dispute Under Georgia Service Delivery Act.

On January 14, 2010, the Court issued a written order memorializing its oral ruling granting the City's Motion for joinder of the cities of Sandy Springs, College Park, Union City, Fairburn, Palmetto and the South Fulton Municipal Regional Water and Sewer Authority pursuant to Fed. R. Civ. P. 21. The joined parties each filed Notices of Appeal on February 12, 2010 and several of the joined parties have since filed appellate briefs. Despite the appeal and other responsive pleadings from the joined parties, the City is making some progress in mediation

sessions toward resolution of these service delivery disputes with the oversight of this Court.

C.    Supplemental Information.

1.    Spill Numbers Remain Low.

In the fourth quarter of 2009 and the first quarter of 2010, sanitary sewer overflows (also referred to as spills) remained low.  There were 178 spills in the fourth quarter of 2009 and the first quarter of 2010, 25 of which were designated as major pursuant to the State's criteria (greater than 10,000 gallons).

Tabular summaries of major spills (>10,000 gallons each) and non-major spills, and spill volumes for non-major spills for the period 2001 through March 31, 2010, follow below.

## Total Number of Major and Non-major Sewer Spills

| CalendarQuarter | Year | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **2001** | **02** | **03** | **04** | **05** | **06** | **07** | **08** | **09** | **10** |
| 1st | 235 | 225 | 179 | 128 | 160 | 140 | 82 | 103 | 92 | 62 |
| 2nd | 168 | 176 | 177 | 132 | 127 | 91 | 63 | 72 | 60 | |
| 3rd | 188 | 117 | 108 | 156 | 197 | 63 | 57 | 56 | 76 | |
| 4th | 171 | 191 | 95 | 169 | 120 | 78 | 84 | 77 | 116 | |
| **Total** | **762** | **709** | **559** | **585** | **609** | **372** | **286** | **308** | **344** | |

## Total Volume of Non-major Sewer Spills (Gallons)

(not including "Major" Spills, >10,000 gallons each)

| Calendar Quarter | Year | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | **2001** | **2002** | **2003** | **2004** | **2005** | **2006** | **2007** | **2008** |
| 1st | 242,002 | 267,362 | 160,161 | 95,708 | 169,390 | 118,144 | 57,356 | 78,678 |
| 2nd | 200,310 | 284,005 | 227,504 | 164,044 | 135,111 | 77,937 | 57,186 | 66,609 |
| 3rd | 127,087 | 92,670 | 401,483 | 186,020 | 199,071 | 58,194 | 21,812 | 35,897 |
| 4th | 99,913 | 265,532 | 60,661 | 163,152 | 120,647 | 38,717 | 86,809 | 43,884 |
| **Total** | **669,312** | **909,569** | **849,809** | **608,924** | **621,219** | **292,992** | **223,163** | **230,068** |

| Calendar Quarter | YEAR | |
|---|---|---|
| | 2009 | 2010 |
| 1st | 92,408 | 69,680 |
| 2nd | 55,405 | |
| 3rd | 75,573 | |
| 4th | 115,810 | |
| Total | 223,386 | |

The volumes of major spills have been excluded from the above table because of the extraordinary volumes and circumstances under which some of them occurred (e.g., three tropical storms in September 2004) and their possible effect on identifying increasing or decreasing trends of spill volumes over time.

The City anticipates that further reductions in the total volume of spills will occur upon completion of planned remedial actions to the wastewater collection and transmission systems, specifically, sewer rehabilitation and sewer capacity relief capital projects, in compliance with the FACD.

The City continues to diligently conduct its collection and transmission systems management, operation and maintenance ("MOM") programs in accordance with FACD Section VIII.B. that should provide further reduction in dry weather spills.

2.      <u>Milestones/Deadlines Achieved by the City of Atlanta.</u>

The City continued robust progress toward achieving all Consent Decree milestones in the period since filing of the last Status Report including the following:

a.      <u>CSO Consent Decree</u>.  All construction and greenway acquisitions necessary to meet the requirements of the CSO Consent Decree are complete.  By the City's calculation, the Compliance Evaluation Period described in CSO Consent Decree Section XI. Paragraphs J., K. and L. commenced April 23, 2009 and ends on April 23, 2011 if the City avoids Substantial Noncompliance. The City is on track to complete the Compliance Evaluation Period on time.

b.      <u>First Amended Consent Decree (FACD)</u>. The City continued with the design and construction phases of the capacity relief component of the collection and transmission systems improvements and they are tracking in accordance with the FACD compliance schedule (VIII.C.8) to the extent the City's financial capability permits:

i.      South River Tunnel and Pump Station is under construction.  The City has been working in partnership with the tunnel contractor to reduce delays and current schedule projections indicate that the project will be substantially complete on or before the July 2011 schedule completion date.

ii.   East Point Trunk design is one hundred percent (100%) complete; and all temporary and permanent easement acquisitions are complete. The bid process for the construction contract has been delayed due to financial constraints.

iii.   Terrell Creek Trunk Replacement project has been eliminated because the additional required sewer capacity will be obtained through the sewer rehabilitation program for the Proctor and Sandy Creek Basins which will be completed on or before the July 1, 2011 schedule completion date.

iv.   Sandy Creek Trunk Replacement design is complete and temporary and permanent easement acquisition is in progress. The bid process for the construction contract has been deferred due to financial constraints.

v.   South River North & South Basin Capacity Relief Project designs are complete. Both easement acquisition and the bid process for the construction contract have been deferred due to financial constraints.

vi.   South River Pipe Bursting and Sandy Creek/Proctor Creek Pipe Bursting were awarded and construction has commenced. Substantial completion is expected on or before the July 2011 deadline.

vi.   Twenty-three projects with a combined capital cost of over $311 million have been completed on schedule and within budget, resulting in

sewer capacity relief in thirty-one and nine-tenths percent (31.9%) of the City's wastewater collection system service area.

The City completed all remedial actions for Sewer Group One ahead of schedule. Overall, the City completed rehabilitation of 342 miles out of planned 521 miles ahead of schedule and within budget for Sewer Groups 1 through 6 through February 25, 2010. A total of 1,354miles out of the planned 1,562.5 miles of sewers have been inspected ahead of schedule and within budget in Sewer Groups 1 through 6 through February 25, 2010.

The City reports the following results of its Grease Management Program (VII.B.3) during fourth Quarter 2009 and first Quarter 2010:

       i.     Issued a total of 157 new wastewater discharge permits in the 4th quarter 2009, and 1581in the 1st Quarter 2010 to restaurants and food service establishments; and,

      ii.     Performed 1788 grease trap inspections in the 4th quarter and 1156 in the 1st quarter for restaurants and food service. These inspections resulted in 44 notices of violation in the 4th quarter and 13 notices of violation for the 1st quarter for grease trap inspection infractions. No municipal court citation needed to be issued during these calendar quarters. A total of 2,563,562 gallons of

grease were collected from grease traps for Food Service Establishments in the 4th quarter 2009 and first quarter 2010.

This 1st day of April, 2010.

Respectfully submitted,

ROGER BHANDARI
Acting City Attorney
Georgia State Bar No. 056340

s/ Marc P. Goncher
MARC P. GONCHER
Senior Assistant City Attorney
Georgia State Bar No. 300418
Attorneys for Defendant City of Atlanta

City of Atlanta Law Department
68 Mitchell Street, S.W.
Suite 4100
Atlanta, Georgia   30335-0332
Telephone:  (404) 330-6400
Facsimile:  (404) 658-6894

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UPPER CHATTAHOOCHEE RIVERKEEPER FUND, INC., THE UNITED STATES OF AMERICA AND THE STATE OF GEORGIA | ) ) ) ) | |
| Plaintiffs, | ) ) ) ) | CIVIL ACTION FILE NOS. 1:95-CV-2550-TWT and 1:98-CV-1956-TWT, Consolidated |
| v. | ) ) | |
| THE CITY OF ATLANTA, | ) ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 1st, 2010, I electronically filed **STATUS**

**REPORT OF DEFENDANT CITY OF ATLANTA** with the Clerk of Court

using the CM/ECF system which will automatically send email notification of such

filing to the following attorneys of record among others:

Juliet Cohen, Esq.
William A. Weinischke, Esq.
John E. Hennelly, Esq.
William B, Bush, Jr., Esq.

17

I hereby certify that I have mailed by United States Postal Service the **STATUS REPORT OF DEFENDANT CITY OF ATLANTA** to the following CM/ECF participants and non-CM/ECF participants:

Juliet Cohen, Esq.
General Counsel
Upper Chattahoochee Riverkeeper
3 Puritan Mill
916 Joseph Lowery Blvd.
Atlanta, Georgia 30318

John E. Hennelly, Esq.
Senior Asst. Attorney General
State of Georgia
Suite 4038
40 Capital Square, S.W.
Atlanta, Georgia  30334-1300

William A. Weinischke, Esq.
Senior Attorney
Environmental Enforcement Section
Environment and Natural Resources
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611

William Bush, Esq.
Assistant Regional Counsel
U.S. Environmental Protection
Agency
61 Forsyth Street, S.W.
Atlanta, GA  30303

This 1st day of April, 2010.

> ROGER BHANDARI
> Acting City Attorney
> Georgia State Bar No. 056340
>
> s/ Marc P. Goncher
> MARC P. GONCHER
> Senior Assistant City Attorney
> Georgia State Bar No. 300418
> Attorneys for Defendant City of Atlanta

City of Atlanta Law Department
68 Mitchell Street, S.W.
Suite 4100
Atlanta, Georgia   30303-3250

Telephone:  (404) 330-6400
Facsimile:  (404) 658-6894

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UPPER CHATTAHOOCHEE<br>RIVERKEEPER FUND, INC.,<br>THE UNITED STATES OF AMERICA<br>AND THE STATE OF GEORGIA<br><br>Plaintiffs,<br><br><br><br>v.<br><br>THE CITY OF ATLANTA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION FILE<br>NOS. 1:95-CV-2550-TWT<br>and<br>1:98-CV-1956-TWT,<br>Consolidated |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(D)

In accordance with Local Rule 7.1(D), this certifies that this Status Report of Defendant City of Atlanta complies with Local Rule 5.1(B). The Status Report is printed in New Times Roman, 14 point.

Respectfully submitted,

ROGER BHANDARI
City Attorney
Georgia State Bar No. 056340

s/ Marc P. Goncher
MARC P. GONCHER
Senior Assistant City Attorney
Georgia State Bar No. 300418
Attorneys for Defendant
City of Atlanta

City of Atlanta Law Department
68 Mitchell Street, S.W.
Suite 4100
Atlanta, Georgia   30303-3250
Telephone:  (404) 330-6400
Facsimile:  (404) 658-6894