# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UPPER CHATTAHOOCHEE RIVERKEEPER FUND, INC., THE CHATTAHOOCHEE RIVERKEEPER, INC., THE UNITED STATES OF AMERICA, and THE STATE OF GEORGIA, <br><br> Plaintiffs, <br> v. <br><br> THE CITY OF ATLANTA, <br><br> Defendant/Third-Party Plaintiff, <br><br> v. <br><br> THE CITY OF SANDY SPRINGS, CITY OF UNION CITY, CITY OF FAIRBURN, CITY OF PALMETTO, CITY OF COLLEGE PARK, SOUTH FULTON MUNICIPAL REGIONAL WATER AND SEWER AUTHORITY, and FULTON COUNTY, <br><br> Third-Party Defendants. | CIVIL ACTION FILE NOS. <br> 1:95-CV-2550-TWT <br> And <br> 1:98-CV-1956-TWT <br><br><br><br> CONSOLIDATED |

## ORDER GRANTING DEFENDANT/THIRD-PARTY PLAINTIFF THE CITY OF ATLANTA'S MOTION FOR LEAVE TO FILE AMENDED THIRD-PARTY COMPLAINT

Having considered the Motion of Defendant/Third-Party Plaintiff the City of

Atlanta ("Atlanta") for leave to file an Amended Third-Party Complaint, the Court

US2008 1232900.2

hereby **GRANTS** leave for Atlanta to file its Amended Third-Party Complaint, *nunc pro tunc* to March 22, 2010.

**SO ORDERED**, this 21st day of April, 2010.

/s/Thomas W. Thrash
Thomas W. Thrash, Jr.
United States District Judge

Prepared by:

| | s/ Susan Richardson |
|---|---|
| Richard A. Horder (Ga Bar No. 366750) | Susan Richardson (Ga. Bar No. 362562) |
| c/o Kazmarek Geiger & Laseter LLP | Kilpatrick Stockton LLP |
| 3490 Piedmont Road, NE Suite 201 | 1100 Peachtree Street, Suite 2800 |
| Atlanta, Georgia 30305 | Atlanta, Georgia 30309-4540 |
| Telephone: (404) 812-0843 | Telephone: (404) 815-6500 |
| RHorder@kglattorneys.com | SuRichardson@KilpatrickStockton.com |
| | |
| City of Atlanta Law Department | Roger Bhandari (Ga. Bar No. 056340) |
| 68 Mitchell Street, S.W. | Marc P. Goncher (Ga. Bar No. 300418) |
| Suite 4100 | Renee Shepherd (Ga. Bar No. 641701) |
| Atlanta, Georgia 30335-0332 | RBhandari@AtlantaGa.Gov |
| Telephone: (404) 330-6400 | MGoncher@AtlantaGa.Gov |
| | RMShepherd@AtlantaGa.Gov |

*Attorneys for Defendant/Third-Party Plaintiff The City of Atlanta*