IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UPPER CHATTAHOOCHEE RIVERKEEPER FUND, INC.<br><br>v.<br><br>THE CITY OF ATLANTA<br><br>and<br><br>THE UNITED STATES OF AMERICA and THE STATE OF GEORGIA<br>v<br>THE CITY OF ATLANTA | CIVIL ACTION NO.<br> 1:95cv2550-TWT<br><br><br><br><br><br><br>CIVIL ACTION NO.<br> 1:98cv1956-TWT |

N O T I C E

Counsel in the above case should appear before the Court on **May 19, 2010**, **10:00 a.m.**, Courtroom 2108 for Status Conference.

    May 5, 2010

    By Direction of the Court
    /s/Sheila Sewell
    Sheila Sewell
    Deputy Clerk for Judge Thomas W. Thrash
    404-215-1555