UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UPPER CHATTAHOOCHEE RIVERKEEPER FUND, INC., THE CHATTAHOOCHEE RIVERKEEPER, INC., THE UNITED STATES OF AMERICA, and THE STATE OF GEORGIA, | ) ) ) ) ) ) ) | CIVIL ACTION FILE NOS. 1:95-CV-2550-TWT and 1:98-CV-1956-TWT |
| Plaintiffs, | ) | |
| v. | ) ) | CONSOLIDATED |
| THE CITY OF ATLANTA, | ) ) | |
| Defendant. | ) | |

## CONSENT ORDER

This matter came before the Court on a Consent Motion filed by the City of Sandy Springs pursuant to Federal Rules of Civil Procedure 6(b)(1) and 15(a) requesting an extension of time to answer or otherwise respond to the City of Atlanta's Amended Third-Party Complaint.  Upon the agreement of the parties and for good cause shown, the Consent Motion for Extension is hereby

**GRANTED** and it is hereby **ORDERED** that the time for Sandy Springs to answer or otherwise respond to the City of Atlanta's Amended Third-Party Complaint is extended through and including ten (10) days after the date of the Eleventh Circuit's final disposition of the pending appeals.

5

SO ORDERED this 7th day of May, 2010.

/s/Thomas W. Thrash
Thomas W. Thrash, Jr.
United States District Judge

/s/ Anne W. Lewis
Anne W. Lewis
Georgia Bar No. 737490
awl@sbllaw.net
STRICKLAND BROCKINGTON
      LEWIS LLP
Midtown Proscenium Suite 2200
1170 Peachtree Street NE
Atlanta, Georgia  30309
678-347-2200 (telephone)
678-347-2210 (facsimile)

Consented to:

/s/ Richard A. Horder
(by Anne W. Lewis with permission)
Richard A. Horder
Ga Bar No. 366750
c/o Kazmarek Geiger & Laseter LLP
3490 Piedmont Road, NE Suite 201
Atlanta, Georgia 30305
Telephone: (404) 812-0843
RHorder@kglattorneys.com