**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| UPPER CHATTAHOOCHEE RIVERKEEPER FUND, INC., THE CHATTAHOOCHEE RIVERKEEPER, INC., THE UNITED STATES OF AMERICA, and THE STATE OF GEORGIA, | : : : : : : | |
| Plaintiffs, | : : | CIVIL ACTION NOS. 1:95-CV-2550-TWT |
| V. | : : | 1:98-CV-1956-TWT |
| THE CITY OF ATLANTA, | : : | CONSOLIDATED |
| Defendant/Third Party Plaintiff, | : : | |
| v. | : : | |
| THE CITY OF SANDY SPRINGS, CITY OF UNION CITY, CITY OF FAIRBURN, CITY OF PALMETTO, CITY OF COLLEGE PARK, SOUTH FULTON WATER & SEWER AUTHORITY, and FULTON COUNTY, | : : : : : : | |
| Third Party Defendants. | : | |

**CONSENT MOTION TO EXTEND TIME FOR THE CITIES OF FAIRBURN, PALMETTO, AND UNION CITY AND THE SOUTH FULTON MUNCIPAL REGIONAL WATER & SEWER AUTHORITY TO ANSWER OR OTHERWISE RESPOND TO CITY OF ATLANTA'S AMENDED THIRD-PARTY COMPLAINT**

COME NOW, THE CITIES OF FAIRBURN, PALMETTO, AND UNION CITY AND THE SOUTH FULTON MUNICIPAL REGIONAL WATER & SEWER AUTHORITY ("Third Party Defendants"), and pursuant to Federal Rules

of Civil Procedure 6(b)(1) and 15(a), respectfully move this Court for an extension of time to answer or otherwise respond to the Amended Third-Party Complaint filed by the City of Atlanta on March 22, 2010. The City of Atlanta filed its original Third-Party Complaint against Third Party Defendants on January 22, 2010 [Doc. 95-243 and 98-133]. Third Party Defendants filed their Motion to Dismiss on February 12, 2010 [Doc. 95-247 and 98-135].

The City of Atlanta has since moved this Court to stay all issues in these cases which are related to the pending Eleventh Circuit appeals filed by Third Party Defendants. In that same motion, the City of Atlanta consented to an extension of time for Third Party Defendants, to answer or otherwise respond to the Amended Third-Party Complaint until after the Eleventh Circuit rules on the pending appeals. [Doc. 95-264 and 98-148].

For these reasons, Third Party Defendants, with the consent of the City of Atlanta as shown below, move this Court to allow Third Party Defendants ten (10) days after the date of the Eleventh Circuit's final disposition of the pending appeals to answer or otherwise respond to the City of Atlanta's Amended Third-Party Complaint.

As demonstrated by the signature below, counsel for the City of Atlanta consent to this Consent Motion for extension of time and entry of the accompanying proposed Consent Order.

WHEREFORE, Third Party Defendants respectfully request that the Court

grant its motion and extend the time for Third Party Defendants to answer or otherwise respond to the City of Atlanta's Amended Third-Party Complaint through and including ten (10) days after the date of the Eleventh Circuit's final disposition of the pending appeals.

## **Local Rule 7 I.D. Certification**

By signature below, counsel certifies that the foregoing was prepared in Times New Roman, 14-point font in compliance with Local Rule 5.1B.

RESPECTFULLY SUBMITTED, this 12th day of May, 2010.

s/ Edward D. Tolley, Esq.
Edward D. Tolley, Esq.
Lead Counsel for
Cities of Palmetto, Union City & Fairburn,
& the South Fulton Water & Sewer
Authority
Georgia Bar No.714300
COOK, NOELL, TOLLEY, & BATES, LLP
P. O. Box 1927
Athens GA  30603-1927
Telephone:  (706) 549 6111
Facsimile:  (706) 548 0956
Email:  etolley@aol.com

Consented to:
/s/ Richard A. Horder
(by Edward D. Tolley with permission)
Richard A. Horder
Georgia Bar No. 366750
c/o Kazmarek Geiger & Laseter LLP
3490 Piedmont Road, NE Suite 201
Atlanta, Georgia 30305
Telephone: (404) 812-0843
RHorder@kglattorneys.com
Attorney for City of Atlanta

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

UPPER CHATTAHOOCHEE RIVERKEEPER   :
FUND, INC., THE CHATTAHOOCHEE       :
RIVERKEEPER, INC., THE UNITED        :
STATES OF AMERICA, and THE STATE   :
OF GEORGIA,                               :
                                      :

   Plaintiffs,                      :     CIVIL ACTION NOS.
                                        :     1:95-CV-2550-TWT
V.                                    :     1:98-CV-1956-TWT
                                        :

THE CITY OF ATLANTA,             :     CONSOLIDATED
                                        :

   Defendant/Third Party Plaintiff,    :
                                        :

v.                                      :
                                        :

THE CITY OF SANDY SPRINGS, CITY OF  :
UNION CITY, CITY OF FAIRBURN, CITY   :
OF PALMETTO, CITY OF COLLEGE PARK,  :
SOUTH FULTON WATER & SEWER       :
AUTHORITY, and FULTON COUNTY,     :
                                        :

    Third Party Defendants.        :

## CONSENT ORDER

     This matter came before the Court on a Consent Motion filed by the cities of

Fairburn, Palmetto, and Union City and the South Fulton Water & Sewer Authority

("Third Party Defendants"), pursuant to Federal Rules of Civil Procedure 6(b)(1)

and 15(a) requesting an extension of time to answer or otherwise respond to the

City of Atlanta's Amended Third-Party Complaint.  Upon the agreement of the

parties and for good cause shown, the Consent Motion for Extension is hereby

**GRANTED** and it is hereby **ORDERED** that the time for Third Party Defendants

to answer or otherwise respond to the City of Atlanta's Amended Third-Party

Complaint is extended through and including ten (10) days after the date of the

Eleventh Circuit's final disposition of the pending appeals.


    SO ORDERED this ___ day of _____, 2010.


                                    _____
                                    Thomas W. Thrash, Jr.
                                    United States District Judge


s/ Edward D. Tolley, Esq._____
Edward D. Tolley, Esq.
Lead Counsel for
Cities of Palmetto, Union City & Fairburn,
& the South Fulton Water & Sewer Authority
Georgia Bar No.714300
COOK, NOELL, TOLLEY, & BATES, LLP
P. O. Box 1927
Athens GA  30603-1927
Telephone:  (706) 549 6111
Facsimile:  (706) 548 0956
Email:  etolley@aol.com

Consented to:
/s/ Richard A. Horder
(by Edward D. Tolley with permission)

Richard A. Horder
Georgia Bar No. 366750
c/o Kazmarek Geiger & Laseter LLP
3490 Piedmont Road, NE Suite 201

Atlanta, Georgia 30305
Telephone: (404) 812-0843
RHorder@kglattorneys.com
Attorney for City of Atlanta

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

UPPER CHATTAHOOCHEE RIVERKEEPER   :
FUND, INC., THE CHATTAHOOCHEE   :
RIVERKEEPER, INC., THE UNITED   :
STATES OF AMERICA, and THE STATE   :
OF GEORGIA,   :
  :
   Plaintiffs,   :   CIVIL ACTION NOS.
  :   1:95-CV-2550-TWT
V.   :   1:98-CV-1956-TWT
  :
THE CITY OF ATLANTA,   :   CONSOLIDATED
  :
   Defendant/Third Party Plaintiff,   :
  :
v.   :
  :
THE CITY OF SANDY SPRINGS, CITY OF   :
UNION CITY, CITY OF FAIRBURN, CITY   :
OF PALMETTO, CITY OF COLLEGE PARK,   :
SOUTH FULTON WATER & SEWER   :
AUTHORITY, and FULTON COUNTY,   :
  :
   Third Party Defendants.   :

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day electronically filed the within and foregoing **CONSENT MOTION TO EXTEND TIME FOR THE CITIES OF FAIRBURN, PALMETTO, AND UNION CITY AND THE SOUTH FULTON WATER & SEWER AUTHORITY TO ANSWER OR OTHERWISE RESPOND TO CITY OF ATLANTA'S AMENDED THIRD-**

**PARTY COMPLAINT** with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to counsel of record for all parties to this matter via electronic notification or otherwise.

Further, I hereby certify that I have mailed by United States Postal Service the afore-mentioned document to the following non-CM/ECF participants:

William Randy Turner, Esq.
Turner & Ross, LLC
2265 Roswell Road, Suite 100
Marietta, Georgia 30062

This 12th day of May, 2010.


/s/ Edward D. Tolley
Edward D. Tolley, Esq.
Georgia Bar No. 714300